No. 05–467. RAMOS v. GONZALES, ATTORNEY GENERAL. C. A. 7th Cir. Certiorari denied.

No. 05–477. DOUBLE EAGLE HOTEL & CASINO v. NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied.

No. 05–492. NATIONAL ADVERTISING CO. v. CITY OF MIAMI, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 05–500. NATIONAL ADVERTISING CO. v. CITY OF MIAMI, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 05–579. HITHON v. TYSON FOODS, INC. C. A. 11th Cir. Certiorari denied.

No. 05–582. FLYING J INC. ET AL. v. COMDATA NETWORK, INC. C. A. 10th Cir. Certiorari denied.

No. 05–586. PLACER COUNTY, CALIFORNIA, ET AL. v. BALDWIN ET AL.; and
No. 05–587. REED v. BALDWIN. C. A. 9th Cir. Certiorari denied.

No. 05–588. SEVEN UP PETE VENTURE, DBA SEVEN UP PETE JOINT VENTURE, ET AL. v. MONTANA ET AL. Sup. Ct. Mont. Certiorari denied.

No. 05–591. CITY OF VANCOUVER, WASHINGTON, ET AL. v. WESTERN STATES PAVING CO., INC. C. A. 9th Cir. Certiorari denied.

No. 05–602. AWH CORP. ET AL. v. PHILLIPS. C. A. Fed. Cir. Certiorari denied.

No. 05–610. WILSON v. DELTA STATE UNIVERSITY ET AL. C. A. 5th Cir. Certiorari denied.

No. 05–617. LOUISIANA DEPARTMENT OF EDUCATION ET AL. v. JOHNSON ET AL. C. A. 5th Cir. Certiorari denied.